# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TOMASA CANTU, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:19-cv-00108 |
| | § | |
| ROBERT M. COWAN, *et al.*, | § | |
| Respondents. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter the "R&R") (Docket No. 5) in the above-captioned case. The R&R recommended the Court grant "Defendants' Motion to Dismiss" (Docket No. 3), dismiss this civil action without prejudice as moot, and direct the Clerk of the Court to close this case. *See* Docket No. 5. Objections were due October 25, 2019. No objections were filed by either party. After a *de novo* review of the record, the R&R is **ADOPTED**. It is therefore **ORDERED** that Plaintiff's "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief" (Docket No. 1) be **DISMISSED** without prejudice as moot. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 6th day of November, 2019.

Rolando Olvera
United States District Judge